IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASTLEMORTON WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-58 (RGA) |
| | ) | |
| DATTO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT DATTO, INC.'S MOTION TO DISMISS

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Datto, Inc. respectfully moves the Court to dismiss Plaintiff Castlemorton Wireless, LLC's Complaint (D.I. 1) because (i) the asserted patent, U.S. Patent No. 7,835,421, is invalid as patent ineligible under 35 U.S.C. § 101 and (ii) the Complaint fails to state a claim for patent infringement.

The grounds for this motion are set forth in the opening brief and declaration, filed concurrently herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Clement Seth Roberts
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco CA  94105
(415) 773-5700

Richard Martinelli
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY  10019
(213) 506-3702

March 20, 2020

*/s/ Jennifer Ying*
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 20, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Stephen B. Brauerman<br>BAYARD, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>  *Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jennifer Ying*

Jennifer Ying (#5550)