IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CASTLEMORTON WIRELESS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-58 (RGA) |
| | ) | |
| DATTO, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT DATTO, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Datto, Inc. ("Datto") hereby files its corporate disclosure statement and states:

Datto is a wholly owned subsidiary of Merritt Holdco, Inc., which is a wholly owned subsidiary of Datto Holding Corp. Various funds affiliated with Vista Equity Partners Management, LLC, own 80 percent of Datto Holding Corp. No publicly held corporation owns 10 percent or more of Datto's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

OF COUNSEL:

Clement Seth Roberts
ORRICK HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco CA  94105
(415) 773-5700

Richard Martinelli
ORRICK HERRINGTON & SUTCLIFFE LLP
51 W 52nd Street
New York, NY  10019
(213) 506-3702

March 20, 2020

/s/ Jennifer Ying
_____
Jack B. Blumenfeld (#1014)
Jennifer Ying (#5550)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jying@mnat.com

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 20, 2020, upon the following in the manner indicated:

Stephen B. Brauerman                                          *VIA ELECTRONIC MAIL*
BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
  *Attorneys for Plaintiff*

                                                            */s/ Jennifer Ying*
                                                            _____
                                                            Jennifer Ying (#5550)